```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45759
    JERROL L PATTON
    SANDRA J PATTON                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-7125     SSN XXX-XX-7482

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/14/2004 and was confirmed 02/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.71% from remaining funds.

     The case was dismissed after confirmation 03/12/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED          5186.57            .00         1253.08
GREAT LAKES BANK          CURRENT MORTG     13871.96            .00        13871.96
GREAT LAKES BANK          MORTGAGE ARRE         .00             .00             .00
NATIONAL AUTO FINANCE     SECURED               .00             .00             .00
ADVOCATE SO SUBURBAN HOP  UNSECURED        NOT FILED            .00             .00
ALLIED INTERSTATE         UNSECURED        NOT FILED            .00             .00
ARCOT DWARAKANATHAN MD    UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED          8526.70            .00         2060.05
CARDIAC CONSULTING GROUP  UNSECURED        NOT FILED            .00             .00
CFC FINANCIAL LLC SBC     UNSECURED        NOT FILED            .00             .00
CHARLES A BECK MD         UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          1251.93            .00          302.47
ECAST SETTLEMENT CORP     UNSECURED          3731.04            .00          901.42
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00             .00
CONSULTANT IN PATHOLOGY   UNSECURED        NOT FILED            .00             .00
CREDITOR INTERCHANGE      UNSECURED        NOT FILED            .00             .00
HEALTH CARE CENTERS       UNSECURED        NOT FILED            .00             .00
HEART CARE CENTER OF ILL  NOTICE ONLY      NOT FILED            .00             .00
J C PENNEY                UNSECURED        NOT FILED            .00             .00
LAKE SHORE HEARING        UNSECURED        NOT FILED            .00             .00
ASSET ACCEPTANCE CORP     UNSECURED          1395.03            .00          337.04
MBGA                      UNSECURED        NOT FILED            .00             .00
MEDICAL RECOVERY SPECIAL  UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED           533.30            .00          128.85
MIDAMERICA CARDIOVASCULA  UNSECURED        NOT FILED            .00             .00
NATIONAL ASSET MANAGEMEN  UNSECURED        NOT FILED            .00             .00
NICOR GAS                 UNSECURED        NOT FILED            .00             .00
OAK FOREST HOSPITAL       UNSECURED        NOT FILED            .00             .00
PRIMARY HEALTHCARE ASSOC  UNSECURED        NOT FILED            .00             .00
RESURGENCE FINANCIAL LLC  UNSECURED         18644.30            .00         4504.46
RICHARD P KOMYATTE & ASS  UNSECURED        NOT FILED            .00             .00
SCHROEDER                 UNSECURED        NOT FILED            .00             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 45759 JERROL L PATTON & SANDRA J PATTON
```

```
RESURGENT ACQUISITION LL  UNSECURED         2172.26             .00         524.82
SOUTH SUBURBAN CARDIOLOG  UNSECURED      NOT FILED             .00            .00
SOUTHWEST LAB PHYSICIAN   UNSECURED      NOT FILED             .00            .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED             .00            .00
TARGET                    UNSECURED      NOT FILED             .00            .00
VAN RU CREDIT             UNSECURED      NOT FILED             .00            .00
NATIONAL AUTO FINANCE     UNSECURED          329.10            .00          79.51
TIMOTHY K LIOU            DEBTOR ATTY     1,872.40                        1,872.40
TOM VAUGHN                TRUSTEE                                         1,438.94
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 27,275.00

PRIORITY                                            .00
SECURED                                       13,871.96
UNSECURED                                     10,091.70
ADMINISTRATIVE                                 1,872.40
TRUSTEE COMPENSATION                           1,438.94
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                  27,275.00              27,275.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 45759 JERROL L PATTON & SANDRA J PATTON